```
LAW OFFICES OF MARK J. WERKSMAN
MARK M. HATHAWAY, ESQ. (CA Bar No. 151332,
NY Bar No. 2431682, DC Bar No. 437335)
    888 West Sixth Street, Fourth Floor
    Los Angeles, California  90017
    Telephone: (213) 688-0460
    Facsimile: (213) 624-1942
    E-mail: mhathaway@werksmanlaw.com

Attorneys for Plaintiff
Graham J. Hooper
```

[FILED 2013 JAN 31 PM 4:15 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES — Lodged Proposed]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM J. HOOPER, an individual<br><br>Plaintiff<br>v.<br><br>CHRISTINE R. KELLEY, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SACV13-165-AG (JPRx)<br><br>*EX PARTE* APPLICATION FOR<br>(1) TEMPORARY RESTRAINING ORDER;<br>(2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION;<br>(3) ORDER FOR TRANSFER OF INFRINGING DOMAIN NAMES<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

Plaintiff Graham J. Hooper ("Hooper") hereby applies to the Court *ex parte* for a temporary restraining order against defendant Christine R. Kelley, an individual, and DOES 1 through 10, inclusive, (collectively "defendants"), an order to show cause re: preliminary injunction, and an order for transfer of infringing domain names. Specifically, Hooper seeks the following order:

## TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Temporary Restraining Order, Order to Show Cause, and Order for Transfer of

1

Infringing Domain Names filed by Plaintiff Graham J. Hooper is hereby GRANTED.

IT IS ORDERED that defendants, including without limitation their agents, servants, employees, attorneys, and any other persons in active concert or participation with them are temporarily enjoined and restrained from:

a. registering or trafficking in any domain name containing Plaintiff's legal name or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

b. operating or maintaining any website that includes Plaintiff's legal name, or any confusingly similar variations thereof, alone or in combination with any letters, words, phrases or designs; and

c. using Plaintiff's legal name, or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to, on any website or within any hidden text or metatags within any website).

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 8131(2) and 15 USC § 1125(d)(1)(c), the following domain names shall be immediately locked by the Registrar Network Solutions and GoDaddy.com and/or its successor registrars and transferred to Plaintiffs:

<grahamhooper.com>

<graham-hooper.com>

<grahamhooperellison.com>

1  <grahamhoopersunsetbeach.com>

2  <graham-hooper-sunset-beach.com>

3  IT IS FURTHER ORDERED that Plaintiffs shall post a nominal
4  bond of one hundred dollars ($100) for each domain name at issue
5  because the evidence indicates that Defendants will suffer only
6  minimal, if any, damage by the issuance of this temporary
7  restraining order.

8  IT IS FURTHER ORDERED that defendants shall have until
9  _____ 2013, to file their Response Brief to
10 Plaintiffs' Motion for Preliminary Injunction. Thereafter,
11 Plaintiffs shall have until _____ 2013, to file
12 their Reply Brief. The Order to Show Cause matter shall be set for
13 hearing on Plaintiffs' Motion for Preliminary Injunction on _____
14 _____ 2013, at _____ AM/PM.

15

16 As set forth in the accompanying memorandum and declaration
17 of plaintiff Graham J. Hooper, this Application is made on the
18 grounds that defendants, among other things, are violating the
19 cyberpiracy protections for individuals afforded by 15 U.S.C. §
20 8131(1)(A) and the protections for individuals in the
21 Anticybersquatting Consumer Protection Act ("ACPA") and enumerated
22 in 15 U.S.C. § 1125(d). Unless Hooper is granted *ex parte* relief,
23 he is likely to suffer continued irreparable harm.

24 Pursuant to L.R. 7-19, the name, address, telephone number
25 and e-mail address of the opposing party is as follows:

26 Christine R. Kelley [*In Propria Persona*]

27 1855 S Beverly Glen Blvd

28 Los Angeles, CA  90025

```
                Telephone:  (213) 268-3368
                E-mail: ckelley6@mac.com
```

Plaintiff's counsel has complied with the notice requirements set forth in L.R. 7-19.1  A proposed order has been lodged with this Application.

LAW OFFICES OF MARK J. WERKSMAN

Dated: January 30, 2013

_____
Mark M. Hathaway
Attorney for Plaintiff
GRAHAM J. HOOPER